UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-12413 PA (SSCx) | | Date | May 11, 2026 |
|---|---|---|---|---|
| Title | Iman Woodley v. WSFive-55, Inc., et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **IN CHAMBERS — COURT ORDER**

On May 7, 2026, the Court ordered plaintiff to show cause in writing why defendant 1100 Truman Street, LLC should not be dismissed for lack of prosecution as a result of plaintiff's apparent failure to serve that defendant within the deadline established by Federal Rule of Civil Procedure 4(m).  On May 11, 2026, in response to the Court's Order to Show Cause, plaintiff filed a Proof of Service indicating that plaintiff served 1100 Truman Street, LLC on February 20, 2026, and that its Answer was due on March 13, 2026.  Plaintiff has also filed a Notice of Settlement in which plaintiff requests that the Court "vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 90 days."

Plaintiff's belated filing of the Proof of Service on May 11, 2026, violates this Court's Standing Order, which states:

> 1.     **Service of the Complaint**:  The Plaintiff shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule 28 5-3.1 within 10 days of service of the summons and complaint.

(Standing Order at 1:26-28 (emphasis added).)  By failing to timely file the Proof of Service, plaintiff has evaded the procedure established by Local Rule 8-3 for additional time for a defendant to appear and taxed this Court's limited resources by requiring it to track plaintiff's prosecution of the action and issue multiple orders concerning the apparent lack of prosecution. Additionally, by now seeking to have the Court vacate all dates pending the possible filing of a Notice of Dismissal in another 90 days, plaintiff is further taxing the Court's resources and adding further delay to the resolution of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-12413 PA (SSCx) | | Date | May 11, 2026 |
|---|---|---|---|---|
| Title | Iman Woodley v. WSFive-55, Inc., et al. | | | |

The Court therefore concludes that the filing of the Proof of Service and Notice of Settlement are an insufficient response to the Order to Show Cause. The parties have until May 21, 2026, to file with the Court a dismissal of the action or to appear, in-person or telephonically with their clients, to place the settlement on the record. The parties may contact the deputy clerk of the Court to calendar the appearance. If the parties do not dismiss the action or do not place the settlement on the record, the matter will remain on the Court's active trial calendar with all pretrial and trial dates in effect.

The Court additionally notes that, generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). In the present case, it appears that this time period has not been met. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before May 28, 2026, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the action.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | KSS |